UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV - 9 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANNIE M. SCALES, )
)
Plaintiff, )
)
v. ) Civil Action No. 12-1821
)
WILLIAM K. SUTER, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court for consideration of petitioner's application to proceed *in forma pauperis* and *pro se* petition. The Court will grant the application and dismiss the petition.

Plaintiff alleges that David Suter, Clerk of the Supreme Court of the United States, "hates [her] guts" for unknown reasons. Compl. at 2. It appears that neither Mr. Suter nor other Supreme Court staff assisted plaintiff with her case filings, and plaintiff believes that Mr. Suter is "using h[i]s position to destroy [her] life." *Id.* at 3. She demands damages of $300,000. *Id.*

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court

officials have absolute immunity for their actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action for failure to state a claim upon which relief can be granted. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Reggie B. Walton
United States District Judge

DATE : October 28, 2012